**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Jennifer Lynn Daggs                        BK NO. 13-05648 MDF
      Steven Michael Daggs
                    **Debtors**        Chapter 13

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of NATIONSTAR MORTGAGE LLC, as Service for U.S. Bank National Association, as Trustee for American General Mortgage Loan Trust 2009-1, American General Mortgage Pass-Through Certificates, Series 2009-1, and index same on the master mailing list.

Re: Loan # Ending In: 8422

                          Respectfully submitted,

                          **/s/ Joshua I. Goldman, Esquire   **
                          Joshua I. Goldman, Esquire
                          Thomas Puleo, Esquire
                          KML Law Group, P.C.
                          701 Market Street, Suite 5000
                          Philadelphia, PA 19106-1532
                          (215) 825-6306  FAX (215) 825-6406
                          Attorney for Movant/Applicant