In re:  
Steven Michael Daggs  
Jennifer Lynn Daggs  
      Debtors

Case No. 13-05648-MDF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: CKovach     Page 1 of 1     Date Rcvd: Jul 26, 2016  
                       Form ID: pdf010     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2016.  
db/jdb      +Steven Michael Daggs,   Jennifer Lynn Daggs,   418 Hidden Valley Road, New Cumberland, PA 17070-3076

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2016                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2016 at the address(es) listed below:  
        Dorothy L Mott    on behalf of Joint Debtor Jennifer Lynn Daggs DorieMott@aol.com, KaraGendronECF@gmail.com;kristinkmessneresquire@msn.com;doriemott01@yahoo.com;bethsnyderecf@gmail.com  
        Dorothy L Mott    on behalf of Debtor Steven Michael Daggs DorieMott@aol.com, KaraGendronECF@gmail.com;kristinkmessneresquire@msn.com;doriemott01@yahoo.com;bethsnyderecf@gmail.com  
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov  
                                                                                                 TOTAL: 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| STEVEN MICHAEL DAGGS | : | |
| dba West Shore Fencers Club | : | CASE NO. 1:13-bk-05648-MDF |
| JENNIFER LYNN DAGGS | : | |
| dba Kerensamere Studios | : | |
| Debtors | : | |

**O R D E R**

Upon Consideration of the Motion to Convert filed by the Debtors, it is hereby

ORDERED that the Debtors' case is converted to Chapter 7.

By the Court,

Mary D. France
Bankruptcy Judge        (JDK)

Dated: July 25, 2016