```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                  Case No. 13-05648-MDF
Steven Michael Daggs                                                    Chapter 7
Jennifer Lynn Daggs
         Debtors                     CERTIFICATE OF NOTICE
District/off: 0314-1           User: CKovach                Page 1 of 2                   Date Rcvd: Aug 03, 2016
                               Form ID: 309A                Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 05, 2016.
db/jdb         +Steven Michael Daggs,    Jennifer Lynn Daggs,    418 Hidden Valley Road,
                 New Cumberland, PA 17070-3076
aty            +Joshua I Goldman,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
tr             +Lawrence V. Young (Trustee),    CGA Law Firm,    135 North George Street,    York, PA 17401-1132
cr            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC.,     PO Box 630267,    Irving, TX   75063)
4435643        +ALTAIR OH XIII, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
4401260        +CARE PLUS OXYGENT OF LEMOYNED,    2233 EAST MAIN STREET,    MONTROSE, CO 81401-3831
4401263         COMM OF PA DEPT L&I,    READING B&C UNIT UTCS,    625 CHERRY ST ROOM 203,
                 READING, PA 19602-1152
4401264         COMM OF PA DEPT OF REVENUE,    BUREAU OF COMPLIANCE,    PO BOX 280946,
                 HARRISBURG, PA 17121-0946
4401267        +GECRB/PPXTRMC,    PO BOX 965005,    ORLANDO, FL 32896-5005
4401268        #GIRL SCOUTS CHESAPEAKE BAY,    501 S COLLEGE AVENUE,    NEWARK, DE 19713-1301
4814285         GRANDVIEW SURGERY CENTER,    PO BOX 1265,    CAMP HILL, PA 17001-1265
4401271        +ORTHOPEDIC INSTITUTE OF PA,    3399 TRINDLE ROAD,    CAMP HILL, PA 17011-2286
4461704        +PENNYMAC LOAN SERVICES, LLC,    6101 CONDOR DRIVE,    MOORPARK, CA 93021-2602
4401272         PENNYMAC MORTGAGE CO, LLC,    PO BOX 514387,    LOS ANGELES, CA 90051-4387
4401273        +PNC BANK,    2730 LIBERTY AVENUE,    PITTSBURGH, PA 15222-4747
4403057        +PNC BANK,    PO BOX 94982,   CLEVELAND, OH 44101-4982
4411306        +PennyMac Loan Services, LLC,    c/o Aldridge Connors LLP,    Fifteen Piedmont Center,
                 3575 Piedmont Road, N.E., Suite 500,    Atlanta, GA 30305-1636

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: DorieMott@aol.com Aug 03 2016 18:43:33       Dorothy L Mott,    125 State Street,
                 Harrisburg, PA   17101
ust            +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Aug 03 2016 18:43:51       United States Trustee,
                 228 Walnut Street, Suite 1190,    Harrisburg, PA 17101-1722
4401258        +EDI: AMEREXPR.COM Aug 03 2016 18:48:00      AMEX,    PO BOX 297871,
                 FORT LAUDERDALE, FL 33329-7871
4445742         EDI: BECKLEE.COM Aug 03 2016 18:48:00      American Express Bank FSB,    c/o Becket and Lee LLP,
                 POB 3001,    Malvern PA 19355-0701
4401259         EDI: CAPITALONE.COM Aug 03 2016 18:48:00      CAPITAL ONE (BANKRUPTCY NOTIFICATION) (p,
                 PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
4401261        +E-mail/Text: dehartstaff@pamd13trustee.com Aug 03 2016 18:44:01       CHARLES J DEHART, III, ESQ.,
                 8125 ADAMS DRIVE STE A,    HUMMELSTOWN PA 17036-8625
4401262        +EDI: CHASE.COM Aug 03 2016 18:48:00      CHASE,    800 BROOKSEDGE BLVD,
                 WESTERVILLE, OH 43081-2822
4401265         EDI: RMSC.COM Aug 03 2016 18:48:00      GECRB/CARE,    ATTN: BANKRUPTCY DEPT,    PO BOX 960061,
                 ORLANDO, FL 32896-0661
4401269         EDI: IRS.COM Aug 03 2016 18:48:00      INTERNAL REVENUE SERVICE - CIO,    PO BOX 7346,
                 PHILADELPHIA, PA 19101-7346
4401270         EDI: NFCU.COM Aug 03 2016 18:48:00      NAVY FCU,    PO BOX 3502,   MERRIFIELD, VA 22119-3502
4411159        +EDI: NFCU.COM Aug 03 2016 18:48:00      Navy Federal Credit Union,    PO Box 3000,
                 Merrifield, VA 22119-3000
4449125         EDI: PRA.COM Aug 03 2016 18:48:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
4401274        +E-mail/Text: cop@santander.us Aug 03 2016 18:43:46       SOVEREIGN BANK,    601 PENN STREET,
                 READING, PA 19601-3544
4401266        +EDI: RMSC.COM Aug 03 2016 18:48:00      SYNCB/LOWES,    PO BOX 956005,   ORLANDO, FL 32896-0001
                                                                                               TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
tr*            +Lawrence V. Young (Trustee),    CGA Law Firm,    135 North George Street,    York, PA 17401-1132
tr*            +Lawrence V. Young (Trustee),    CGA Law Firm,    135 North George Street,    York, PA 17401-1132
cr*            +PennyMac Loan Services, LLC,    c/o Aldridge Connors LLP,    Fifteen Piedmont Center,
                 3575 Piedmont Road, N.E., Suite 500,    Atlanta, GA 30305-1636
4505735*      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC,    PO Box 619096,    Dallas, TX 75261-9741)
4505736*      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC,    PO Box 619096,    Dallas, TX 75261-9741)
                                                                                             TOTALS: 0, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
          ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2016                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2016 at the address(es) listed below:

```
          Dorothy L Mott     on behalf of Joint Debtor Jennifer Lynn Daggs DorieMott@aol.com,
           KaraGendronECF@gmail.com;kristinkmessneresquire@msn.com;doriemott01@yahoo.com;bethsnyderecf@gmail
           .com
          Dorothy L Mott     on behalf of Debtor Steven Michael Daggs DorieMott@aol.com,
           KaraGendronECF@gmail.com;kristinkmessneresquire@msn.com;doriemott01@yahoo.com;bethsnyderecf@gmail
           .com
          Joshua I Goldman     on behalf of Creditor    U.S. Bank National Association, as Trustee for
           American General Mortgage Loan Trust 2009-1, American General Mortgage Pass-Through Certificates,
           Series 2009-1 bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Lawrence V. Young (Trustee)    lyoung@cgalaw.com,
           pa33@ecfcbis.com;tlocondro@cgalaw.com;rminello@cgalaw.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5
```

| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **Steven Michael Daggs** <br> First Name    Middle Name    Last Name | Social Security number or ITIN <br> EIN | xxx–xx–5040 <br> __–_____ |
| Debtor 2 <br> (Spouse, if filing) | **Jennifer Lynn Daggs** <br> First Name    Middle Name    Last Name | Social Security number or ITIN <br> EIN | xxx–xx–4270 <br> __–_____ |
| United States Bankruptcy Court | **Middle District of Pennsylvania** | Date case filed in chapter **13** | **October 31, 2013** |
| Case number: | **1:13–bk–05648–MDF** | Date case converted to chapter **7** | **July 25, 2016** |

## Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| **1.** | **Debtor's full name** | Steven Michael Daggs | Jennifer Lynn Daggs |
| **2.** | **All other names used in the last 8 years** | dba West Shore Fencers Club | dba Kerensamere Studios |
| **3.** | **Address** | 418 Hidden Valley Road <br> New Cumberland, PA 17070 | 418 Hidden Valley Road <br> New Cumberland, PA 17070 |
| **4.** | **Debtor's attorney** <br> Name and address | Dorothy L Mott <br> 125 State Street <br> Harrisburg, PA 17101 | Contact phone 717 232–6650 <br><br> Email: DorieMott@aol.com |
| **5.** | **Bankruptcy trustee** <br> Name and address | Lawrence V. Young (Trustee) <br> CGA Law Firm <br> 135 North George Street <br> York, PA 17401 | Contact phone 717 848–4900 <br><br> Email: lyoung@cgalaw.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

| 6. | **Bankruptcy clerk's office** | U.S. Bankruptcy Court  Ronald Reagan Federal Building  PO Box 908  Harrisburg, PA 17108 | Hours open Monday – Friday 9:00 AM to 4:00 PM |
|---|---|---|---|
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | | Contact phone (717) 901–2800  Date: August 3, 2016 |

| 7. | **Meeting of creditors** | **September 14, 2016 at 02:00 PM** | Location: |
|---|---|---|---|
| | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.  ***  Valid photo identification and proof of social security number are required  *** | **York County Judicial Center, 45 North George Street, 5th Floor Multipurpose Room, York, PA 17401** |

| 8. | **Presumption of abuse** | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. |
|---|---|---|
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | |

| 9. | **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline:** November 13, 2016 |
|---|---|---|---|
| | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:**  • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or  • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:**  • if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | | **Deadline to object to exemptions:**  The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| 10. | **Proof of claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
|---|---|---|
| | Please do not file a proof of claim unless you receive a notice to do so. | |

| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|---|

| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
|---|---|---|

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  page **2**

Case 1:13-bk-05648-MDF    Doc 47    Filed 08/05/16    Entered 08/06/16 00:55:14    Desc
Imaged Certificate of Notice    Page 4 of 4