Certificate Number: 11760-PAM-DE-028303419

Bankruptcy Case Number: 13-05648



11760-PAM-DE-028303419

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 2, 2016</u>, at <u>10:27</u> o'clock <u>PM PDT</u>, <u>Steven Daggs</u> completed a course on personal financial management given <u>by internet</u> by <u>123 Debtor.com, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>November 2, 2016</u>　　　By:　<u>/s/Jennifer L Walter</u>

　　　　　　　　　　　　　　　Name:　<u>Jennifer L Walter</u>

　　　　　　　　　　　　　　　Title:　<u>Teacher</u>

Certificate Number: 11760-PAM-DE-028303417

Bankruptcy Case Number: 13-05648



11760-PAM-DE-028303417

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 2, 2016</u>, at <u>10:23</u> o'clock <u>PM PDT</u>, <u>Jennifer Daggs</u> completed a course on personal financial management given <u>by internet</u> by <u>123 Debtor.com, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>November 2, 2016</u>

By: <u>/s/Jennifer L Walter</u>

Name: <u>Jennifer L Walter</u>

Title: <u>Teacher</u>