# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Steven Michael Daggs and Jennifer Lynn Daggs | BKY. NO. 13-05648 MDF |
| Debtor(s) | CHAPTER 7 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of U.S. Bank National Association, as Trustee for American General Mortgage Loan Trust 2009-1, American General Mortgage Pass-Through Certificates, Series 2009-1, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 8422

                                                    Respectfully submitted,

                                                   **/s/ Thomas Puleo**
                                                   Thomas Puleo, Esquire
                                                   James C. Warmbrodt, Esquire
                                                   KML Law Group, P.C.
                                                   701 Market Street, Suite 5000
                                                   Philadelphia, PA 19106-1532
                                                   (215) 825-6306  FAX (215) 825-6406
                                                   Attorney for Movant/Applicant